# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FILED**
2008 JAN -4  PM 2: 29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Fernando Galindo**
**CLERK OF COURT**

| | Telephone: Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |

December 20, 2007

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

'08 CR 7001 IEG

Re: Our Criminal Action Number: 3:02CR~~460~~ 404
    United States v. Ryco Ontiveros

Dear Criminal Section:

Enclosed are two <u>original</u> PROB 22 Transfer of Jurisdiction forms which have been entered by the Honorable JAMES R. SPENCER, United States District Judge for the Eastern District of Virginia.

Please forward the forms to an assigned judge in your court with a request that each be signed and returned to your office. Please return one of the signed forms to our office in Richmond **with your case number.**

After we receive the form, we will promptly send to your office certified copies of the Indictment, etc., Judgment In A Criminal Case, and the docket sheet from our case file.

Please let us know if you have any questions regarding the transfer.

Thank you in advance for your expeditious assistance and response.

Sincerely,
FERNANDO GALINDO, CLERK

By: C.N. Garner, Deputy Clerk

cc: USPO Richmond
    case file

| PROB 22 (Rev12/06) | | DOCKET NUMBER *(Tran. Court)* 3:02CR00404-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* '08 CR 7001 IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ryco Ontiveros<br>1830 W. Arrow Rte 62<br>Upland, California 91786 | EASTERN DISTRICT OF VIRGINIA | RICHMOND |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James R. Spencer | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/18/07 — TO 12/17/11 |

**OFFENSE**

Distribution of Methamphetamine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12-20-07_
Date

_James R. Spencer_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/3/08_
Effective Date

_[signature]_
United States District Judge