PROB 22
(Rev12/96)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:02CR00404-001

DOCKET NUMBER *(Rec. Court)*
'08 CR 7001 IEG

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ryco Ontiveros<br>1830 W. Arrow Rte 62<br>Upland, California 91786 | EASTERN DISTRICT OF VIRGINIA | RICHMOND |

NAME OF SENTENCING JUDGE

The Honorable James R. Spencer

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/18/07 | TO<br>12/17/11 |
|---|---|---|

OFFENSE

Distribution of Methamphetamine

FILED
JAN 11 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*12-20-07*

_____
Date

*James R. Spencer*

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*1/3/08*

_____
Effective Date

*Irma E. Gonzalez*

_____
United States District Judge

FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

```
FILED
IN OPEN COURT

NOV - 6 2002

CLERK, U.S. DISTRICT COURT
RICHMOND, VA.
```

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 3:02CR ~~404~~
                              )
RYCO ONTIVEROS                )

unsealed
~~UNDER SEAL~~

## INDICTMENT

### NOVEMBER 2002 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Distribute a Controlled Substance -- **Methamphetamine**)

From on or about April 4, 2000, through August 1, 2001, in the Eastern District of

Virginia and within the jurisdiction of this Court, RYCO ONTIVEROS did knowingly,

intentionally, and unlawfully combine, conspire, confederate, and agree with others known and

unknown to the Grand Jury to possess with the intent to distribute and to distribute 500 grams or

more of a mixture and substance containing methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

### COUNT TWO
(Distribution of a Controlled Substance -- **Methamphetamine**)

On or about April 4, 2000, in the Eastern District of Virginia and within the jurisdiction

of this Court, RYCO ONTIVEROS did knowingly, intentionally, and unlawfully distribute fifty

grams or more of a mixture and substance containing a detectable amount of methamphetamine,

a Schedule II controlled substance.

(In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)).

## **COUNT THREE**
(Distribution of a Controlled Substance -- **Methamphetamine**)

On or about August 8, 2000, in the Eastern District of Virginia and within the jurisdiction

of this Court, RYCO ONTIVEROS did knowingly, intentionally, and unlawfully distribute fifty

grams or more of a mixture and substance containing a detectable amount of methamphetamine,

a Schedule II controlled substance.

(In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)).


## **COUNT FOUR**
(Distribution of a Controlled Substance -- **Methamphetamine**)

On or about January 12, 2001, in the Eastern District of Virginia and within the

jurisdiction of this Court, RYCO ONTIVEROS did knowingly, intentionally, and unlawfully

distribute fifty grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)).


A TRUE BILL

F O R E P E R S O N

PAUL J. McNULTY
UNITED STATES ATTORNEY

By:
Olivia N. Hawkins
Assistant United States Attorney

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

FILED

JUL 1 6 2003

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.                                                          Case Number 3:02CR00404-001

**RYCO ONTIVEROS,**

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, RYCO ONTIVEROS, was represented by MARY E. MAGUIRE, ESQUIRE.

The defendant pleaded guilty to count(s) 2. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(B) | DISTRIBUTION OF METHAMPHETAMINE (Felony) | 04/04/00 | TWO |

As pronounced on July 16, 2003, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 16th day of July, 2003.

James R. Spencer
James R. Spencer
United States District Judge

Defendant's SSN: 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   USM#: 85385-198
Defendant's Date of Birth: 10/14/79
Defendant's Mailing Address: 61 J STREET, CHULA VISTA, CALIFORNIA 91910
Defendant's Residence Address: 61 J STREET, CHULA VISTA, CALIFORNIA 91910

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY
DEPUTY CLERK

18

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: RYCO ONTIVEROS
Case Number: 3:02CR00404-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SEVENTY (70) MONTHS. THE COURT DIRECTED THAT THE DEFENDANT RECEIVE CREDIT FOR TIME INCARCERATED ON THIS CHARGE.

The Court makes the following recommendations to the Bureau of Prisons:
THAT THE DEFENDANT PARTICIPATE IN THE SHOCK INCARCERATION PROGRAM WHEN ELIGIBLE;
THAT THE DEFENDANT BE INCARCERATED IN FCI, LOMPOC, CALIFORNIA

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.                          _____
   U.S.Coll.                                     United States Marshal
   Dft. Cnsl.              By
   PTS                                _____
   Financial                                       Deputy Marshal
   Registrar
   ob

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 3 - ,̣erviseḍ Release

Judgment--Page <u>3</u> of <u>6</u>

Defendant: RYCO ONTIVEROS
Case Number: 3:02CR00404-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FOUR (4) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm or destructive device.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer within 72 hours, or earlier if so directed, of any change in residence.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 3 (cu___) - Supervised Release

Judgment--Page 4 of 6

Defendant: RYCO ONTIVEROS
Case Number: 3:02CR00404-001

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1)  The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.
2)  The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.
3)  The defendant shall pay any balance owed on the Special Assessment imposed by the Court.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 5 - F    cial Penalties

Judgment--Page 5 of 6

Defendant: RYCO ONTIVEROS
Case Number: 3:02CR00404-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|-------|--------------------|------|
| TWO | $100.00 | |
| **Total** | **$100.00** | |

### FINE

No fines have been imposed in this case.

### SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

AO 245S (Rev. 3/99)(EDVA rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page <u>6</u> of <u>6</u>

Defendant: RYCO ONTIVEROS
Case Number:  3:02CR00404-001

## RESTITUTION AND FORFEITURE

### RESTITUTION

Restitution has not been ordered in this case.

### FORFEITURE

Forfeiture has not been ordered in this case.

CLOSED

# U.S. District Court
## Eastern District of Virginia (Richmond)
### CRIMINAL DOCKET FOR CASE #: 3:02-cr-00404-JRS All Defendants

Case title: USA v. Ontiveros

Date Filed: 11/26/2002
Date Terminated: 07/16/2003

Assigned to: District Judge James R. Spencer

**Defendant**

**Ryco Ontiveros (1)**
*TERMINATED: 07/16/2003*

represented by **Frank W. Dunham, Jr.**
Office of the Public Defender
830 East Main Street
Suite 1100
Richmond, VA 23219
(804) 343-0800
*TERMINATED: 07/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Mary Elizabeth Maguire**
Office of the Federal Public Defender
830 East Main Street
Suite 1100
Richmond, VA 23219
(804) 343-0800
Email: mary_maguire@fd.org
*TERMINATED: 07/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

**Pending Counts**

21:841(a)(1) AND 21:841(b)(1)(B):
DISTRIBUTION OF A CONTROLLED
SUBSTANCE, TO WIT:
METHAMPHETAMINE [21:841A=CD.F]
(2)

**Disposition**

IMPRISONMENT 70 MONTHS W/CREDIT
FOR TIME SERVED; SUPERVISED
RELEASE 4 YEARS; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846: CONSPIRACY TO DISTRIBUTE A
CONTROLLED SUBSTANCE, TO WIT:
METHAMPHETAMINE [21:846=CD.F]
(1)

21:841(a)(1) AND 21:841(b)(1)(B):
DISTRIBUTION OF A CONTROLLED
SUBSTANCE, TO WIT:

**Disposition**

DISMISSED on Motion of Government (Order
08/04/03)

DISMISSED on Motion of Government (Order

METHAMPHETAMINE [21:841A=CD.F]                          08/04/03)
(3-4)

**Highest Offense Level (Terminated)**
Felony

**Complaints**                                          **Disposition**
None

---

**Plaintiff**
**USA**                          represented by   **Olivia Hawkins**
                                                 United States Attorney's Office
                                                 600 E Main St
                                                 18th Fl
                                                 Richmond, VA 23219
                                                 (804) 819-5400
                                                 Email: olivia.hawkins@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2002 | 1 | SEALED INDICTMENT as to Ryco Ontiveros (1) Counts 1, 2, 3 and 4 (walk) (Entered: 11/08/2002) |
| 11/06/2002 | 2 | Minute entry as to Ryco Ontiveros: ( before Magistrate Judge Dennis W. Dohnal ) ( Diane Gaynier, ACCU-BETA, GJR) USA Appeared through: Olivia Hawkins, AUSA. Sealed Indictment, a true bill, returned before a Magistrate Judge at Richmond. Govt's motion for the issuance of a sealed arrest warrant heard and so-ordered. (walk) (Entered: 11/08/2002) |
| 11/07/2002 |  | SEALED ARREST WARRANT issued for Ryco Ontiveros (walk) (Entered: 11/08/2002) |
| 11/25/2002 | 3 | MOTION as to Ryco Ontiveros by USA to Unseal (Indictment) (walk) (Entered: 11/25/2002) |
| 11/26/2002 |  | So Ordered: as to Ryco Ontiveros GRANTING [3-1] Motion by USA to Unseal Indictment. ( Signed by Judge James R. Spencer ). Certified copy sent to AUSA Hawkins. (walk) (Entered: 11/26/2002) |
| 11/26/2002 |  | Indictment UNSEALED as to Ryco Ontiveros (walk) (Entered: 11/26/2002) |
| 12/17/2002 | 4 | Rule 40 Documents as to Ryco Ontiveros received from Southern District of California, San Diego Division (sbar) (Entered: 12/17/2002) |
| 12/17/2002 |  | ARREST of Ryco Ontiveros on 11/18/02 in Southern Dist of California, San Diego Division (sbar) (Entered: 12/17/2002) |
| 01/15/2003 | 5 | WARRANT of ARREST Returned Executed as to Ryco Ontiveros on 11/18/02 (wtuc) (Entered: 01/15/2003) |
| 01/16/2003 |  | Arraignment as to Ryco Ontiveros before Judge James R. Spencer set for 9:15 a.m. 1/27/03 (wtuc) (Entered: 01/16/2003) |
| 01/16/2003 | 6 | ORDER as to Ryco Ontiveros, to appoint federal public defender Frank W. Dunham Jr. (Signed by Judge James R. Spencer) Copies Mailed: yes (lsal) (Entered: 01/16/2003) |

| 01/17/2003 | 7 | NOTICE of Appearance for Ryco Ontiveros by Federal Public Attorney Mary Elizabeth Maguire (lsal) (Entered: 01/21/2003) |
|---|---|---|
| 01/27/2003 | 8 | Minute entry as to Ryco Ontiveros : ( before Judge James R. Spencer )( Kull, OCR) USA Appeared through: AUSA Olivia Hawkins Dft(s) appeared through: Mary E. Maguire, Esq. Court Hours: :05. Matter came on for arraignment. Deft WFA, ent'd plea of not guilty, requested trial by jury. Jury trial set for 4/2/03, 10:00 a.m. Deft remanded. (lmcd) (Entered: 01/27/2003) |
| 01/27/2003 | | Arraignment as to Ryco Ontiveros before Judge James R. Spencer held Jury Trial set for 10:00 4/2/03 for Ryco Ontiveros ; () (lmcd) (Entered: 01/27/2003) |
| 03/27/2003 | | Plea Agreement Hearing as to Ryco Ontiveros set for 10:00 4/2/03 for Ryco Ontiveros before Judge James R. Spencer (lmcd) (Entered: 03/27/2003) |
| 04/02/2003 | 9 | Minute entry as to Ryco Ontiveros : ( before Magistrate Judge David G. Lowe )( FTR) USA Appeared through: Olivia Hawkins, AUSA. Dft(s) appeared through: Mary Maguire, FPD. Court Hours: :25 Matter came on for rearraignment/guilty plea. Deft. executed Rule 11 Waiver. Deft. withdrew plea of not guilty as to Ct. 2. Deft. rearraigned on Ct. 2. Plea Bargain Agreement filed. Statement of facts filed. Deft. entered plea of guilty as to Ct. 2. Court accepted plea. Report and Recommendation filed, copies to counsel. P.S.R. ordered. Matter continued to 7/16/03 at 9:00 a.m for sentencing. Sentencing Guideline Order entered. Deft. remanded to custody. (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | 10 | WAIVER of Right to Rule 11 Proceedings before a US District Judge by Ryco Ontiveros (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | 11 | Plea Agreement as to Ryco Ontiveros (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | 12 | STATEMENT OF FACTS as to Ryco Ontiveros (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | | PLEA entered by Ryco Ontiveros . Court accepts plea. by Ryco Ontiveros Guilty: Ryco Ontiveros (1) count(s) 2 (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | 13 | REPORT AND RECOMMENDATIONS as to Ryco Ontiveros of Magistrate Judge David G. Lowe. Copies Mailed: yes (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | | Sentencing before Judge James R. Spencer set for 9:00 7/16/03 for Ryco Ontiveros on count(s) 2 (lcha) (Entered: 04/02/2003) |
| 04/02/2003 | 14 | ORDER for sentencing guidelines as to Ryco Ontiveros ( Signed by Magistrate Judge David G. Lowe ) (lcha) (Entered: 04/02/2003) |
| 07/03/2003 | 15 | MOTION by Ryco Ontiveros for downward departure (lsal) (Entered: 07/03/2003) |
| 07/09/2003 | 16 | POSITION with Respect to Sentencing Factors by Ryco Ontiveros (lsal) (Entered: 07/09/2003) |
| 07/16/2003 | 17 | Minute entry as to Ryco Ontiveros : ( before Judge James R. Spencer )( Kull, OCR) USA Appeared through: AUSA Olivia Hawkins Dft(s) appeared through: Mary E. Maguire, Esq. Court Hours: :20. Matter came on for sentencing on Ct. 2. Upon compromise by the parties as to drug amount, deft's objection to PSR w/drawn. Deft's motion for downward departure heard, denied. Deft heard. Deft sentenced to 70 months w/credit for time served; 4 yrs supr release; $100 SA. Court recommended SHOCK incarceration program and that deft be assigned to FCI, Lompoc, C. Special conditons: substance abuse treatment, pay balanced on SA. Deft advised of right of appeal. Deft remanded. (lmcd) (Entered: 07/16/2003) |
| 07/16/2003 | | Sentencing before Judge James R. Spencer held () Ryco Ontiveros (1) count(s) 2 (lmcd) (Entered: 07/16/2003) |
| 07/16/2003 | 18 | JUDGMENT Ryco Ontiveros (1) count(s) 2. IMPRISONMENT 70 MONTHS |

| | | |
|---|---|---|
| | | W/CREDIT FOR TIME SERVED; SUPERVISED RELEASE 4 YEARS; $100 SA ( Signed by Judge James R. Spencer ) Copies Mailed: yes (lmcd) (Entered: 07/16/2003) |
| 08/04/2003 | 19 | MOTION by USA as to Ryco Ontiveros to Dismiss Counts One, Three and Four of the Indictment (lsal) (Entered: 08/04/2003) |
| 08/04/2003 | | So Ordered: [19-1] motion to Dismiss Counts One, Three and Four of the Indictment (Signed by Judge James R. Spencer) Copies Mailed: yes (lsal) (Entered: 08/04/2003) |
| 08/04/2003 | | DISMISSAL of Count(s) on Government Motion as to Ryco Ontiveros; Counts Dismissed: Ryco Ontiveros (1) count(s) 1, 3-4 (lsal) (Entered: 08/04/2003) |
| 10/02/2003 | 20 | Judgment Returned Executed as to Ryco Ontiveros on 8/14/03 (wtuc) (Entered: 10/02/2003) |
| 01/11/2008 | ❷21 | Probation Jurisdiction Transferred OUT to Southern District of California - at San Diego as to Ryco Ontiveros. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, case inquiry report and docket sheet. (cgar, ) (Entered: 01/11/2008) |

```
RUN ON 01/11/08                          FEDERAL COURT SYSTEMS                      PAGE: 1
                                      Eastern District of Virginia
                                         CASE INQUIRY REPORT

CASE NO: 3:02-CR-00404    TITLE: USA VS RYCO ONTIVEROS
```

| DEFENDANT # | | | ORDERED AMOUNT | AMOUNT PAID | BALANCE DUE | ACCOUNT | PAYMENT TYPE |
|---|---|---|---|---|---|---|---|
| 1  RYCO ONTIVEROS | | | 100.00 | 100.00 | 0.00 | 504100 | SPECIAL ASSESSMENT |
| | | | 100.00 | 100.00 | 0.00 | | |

| TRANSACTION | RECEIPT/ VOUCHER NUMBER | RECEIPT/ VOUCHER DATE | INCREASE/ (DECREASE) CASE BAL. | TYPE OF TRANS-ACTION | ACCOUNT NUMBER | DEFENDANT PAYEE/BANK NUMBER | U.S. TREASURY | COMMERCIAL BANKS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | 50000554201 | 01/15/04 | 25.00 | CK | 504100 | 1 | | | 25.00 |
| RECEIVED | 50000648601 | 04/09/04 | 25.00 | CK | 504100 | 1 | | | 25.00 |
| RECEIVED | 50000779001 | 07/12/04 | 25.00 | CK | 504100 | 1 | | | 25.00 |
| RECEIVED | 50000873901 | 10/11/04 | 25.00 | CK | 504100 | 1 | | | 25.00 |

```
********** CASE SUMMARY **********

TOTAL CASE BALANCE:                               100.00

BALANCE IN U.S. TREASURY:                                          0.00
CASE DEPOSITORY MAINT. BALANCE :                                   0.00

BALANCE IN COMMERCIAL BANKS:                                                   0.00
CASE DEPOSITORY MAINT. BALANCE :                                               0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                            100.00


TYPE OF TRANSACTION:
AD: ADJUSTMENT           AJ: ADJUSTMENT-388800      BV: BANK VOUCHER       CH: CASH
BD: DIRECT BANK DEPOSIT  BT: BANK TRANSFER          CC: CREDIT CARD        CR: CASE REFUND
CK: CHECK                CL: COLLATERAL             CN: CONVERSION         FF: FORFEITURE
CV: CASE VOUCHER         DW: DIRECT WITHDRAWL       DV: DEBIT VOUCHER      VD: VOID
I : INTEREST             MO: MONEY ORDER            TR: TRANSFER
```

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

| | |
|---|---|
| Telephone: | Area Code 804 |
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

**FERNANDO GALINDO**
**CLERK OF COURT**

January 14, 2008

U.S. District Court
Clerk's Office
Attention: Criminal Section
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Re:    Our Criminal Action Number 3:02CR404
Your Criminal Action Number 8CR7001 IEG
United States v. Ryco Ontiveros

Dear Criminal Section:

Thank you for returning the completed PROB 22 Transfer of Jurisdiction form.  The form has been docketed and filed.

To effectuate the transfer, we have enclosed certified copies of the Indictment/Criminal Information,  Judgment In A Criminal Case, and the docket sheet from our case file.  We have also enclosed the Case Inquiry Report for your Financial Deputy.

Please return a copy of this letter to our Richmond office acknowledging receipt of the certified copies enclosed.

Please let us know if we can provide your office with any additional certified copies from our case file.

Sincerely,
FERNANDO GALINDO, CLERK

By: C. N. Garner, Case Manager

cc:    USPO Richmond
case file
FLU

---