PROB 12B
(04/08)

June 2, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ryco  Ontiveros (English)     **Dkt No.:** 08-CR-7001-001-IEG

**Name of Sentencing Judicial Officer:** The Honorable James R. Spencer, U.S. District Judge, Eastern District of Virginia (ED/VA). Upon transfer of jurisdiction to the Southern District of California, this case was assigned to the Honorable Irma E. Gonzalez, Chief U.S. District Judge.

**Sentence:** 70 months custody; four years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** July 16, 2003       **Date Supervised Release Commenced:** December 18, 2007

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**(Special Condition)**
Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer. *(nv20)*

### CAUSE

Mr. Ontiveros has been supervised by the Southern District of California since he was released from custody. Since being on supervision, he has failed to submit to urine tests at Mental Health Systems (MHS) on March 1, 2008; and May 24, 2008. As a consequence, he was referred to MHS for individual drug abuse prevention counseling.

A review of the offender's characteristics and facts of the offense suggest that in order to adequately supervise him, a special condition that he submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer is warranted. Mr. Ontiveros has agreed to have the conditions of his supervision modified to include a search condition as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release.

PROB 12B

Name of Offender: Ryco Ontiveros                                June 2, 2008
Docket No.: 08CR7001-001-IEG                                        Page 2

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** June 2, 2008

Respectfully submitted:                    Reviewed and approved:

by *Kelly J. Bonsavage*                    *Mary Murphy*
Kelly J. Bonsavage                         Mary M. Murphy
United States Probation Officer            Supervising U.S. Probation Officer
(619) 409-5108

Attachments

---

# THE COURT ORDERS:

__X__ The Modification of Conditions as Noted Above

_____ Other _____

*Irma E. Gonzalez*                                6/3/08
The Honorable Irma E. Gonzalez                    Date
Chief U.S. District Judge

cc: EOA
    for
    OPS